IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON L. MEEKS                                                                              PLAINTIFF

v.                                    Case No. 4:15-cv-00662 KGB

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                                           DEFENDANT

## JUDGMENT

Consistent with the Opinion and Order entered on this date, it is considered, ordered, and adjudged that plaintiff Sharon L Meeks's case is dismissed with prejudice.

So adjudged this 28th day of August, 2017.

_____
Kristine G. Baker
United States District Judge